UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: COSTELLO, JOHN T., JR. | § Case No. 15-80623 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 02/22/2016 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 12/24/2015        By: /s/MEGAN G. HEEG
                                              Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: COSTELLO, JOHN T., JR. | § | Case No. 15-80623 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 26,390.39 |
| and approved disbursements of | $ 1,111.61 |
| leaving a balance on hand of [1] | $ 25,278.78 |

**Balance on hand:** $ 25,278.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 25,278.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 3,389.04 | 0.00 | 3,389.04 |
| Trustee, Expenses - MEGAN G. HEEG | 20.56 | 0.00 | 20.56 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 2,300.00 | 0.00 | 2,300.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 15.75 | 0.00 | 15.75 |
| Accountant for Trustee, Fees - Justin Van Zuiden, CPA | 938.00 | 0.00 | 938.00 |

Total to be paid for chapter 7 administration expenses: $ 6,663.35
Remaining balance: $ 18,615.43

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    18,615.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    18,615.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 224,915.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department of Education | 77,958.06 | 0.00 | 6,452.31 |
| 2 | Synchrony Bank | 1,917.00 | 0.00 | 158.66 |
| 3 | First Merit Bank, N.A. | 145,040.39 | 0.00 | 12,004.46 |

Total to be paid for timely general unsecured claims:   $    18,615.43
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/MEGAN G. HEEG
                             Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-80623-TML
John T. Costello, Jr.                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 1              Date Rcvd: Jan 12, 2016
                              Form ID: pdf006         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2016.
db            +John T. Costello, Jr.,   4415 Hilltop Lane,   Johnsburg, IL 60051-6131
23031133      +Chase Card,   201 North Walnut Street,   Wilmington, DE 19801-2920
23031140     ++FIRSTMERIT BANK NA,   3 CASCADE PLAZA CAS36,   3RD FLOOR,   AKRON OH 44308-1124
              (address filed with court:   First Merit Bank,   106 South Main Street,   Akron, OH 44308)
23031141      +First Merit Bank, N.A.,   FactorLaw,   c/o Ariane Holtschlag,   105 W. Madison Street, #1500,
                Chicago, IL 60602-4602
23031142      +Mike Graham,   Libertyville, Illinois 60048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23031134       E-mail/Text: adjustments@myconsumers.org Jan 13 2016 01:45:01     Consumers Coop Cred Union,
                P. O. Box 9119,   Waukegan, IL 60079-9119
23031135      +E-mail/Text: electronicbkydocs@nelnet.net Jan 13 2016 01:46:02     Dept of Education/Nelnet,
                121 South 13th Street,   Lincoln, NE 68508-1904
23031139      +E-mail/Text: mrdiscen@discover.com Jan 13 2016 01:44:24     Discover Financial Svcs LLC,
                P. O. Box 15316,   Wilmington, DE 19850-5316
23031143      +E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2016 01:39:07     Syncb/Sleep Number,
                P. O. Box 965036,   Orlando, FL 32896-5036
23463211       E-mail/PDF: gecsedi@recoverycorp.com Jan 13 2016 01:39:41     Synchrony Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
23207889      +E-mail/Text: electronicbkydocs@nelnet.net Jan 13 2016 01:46:02     U.S. Department of Education,
                C/O Nelnet,   3015 South Parker Road, Suite 400,   Aurora, CO 80014-2904
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23031136*     +Dept. of Education/Nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
23031137*     +Dept. of Education/Nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
23031138*     +Dept. of Education/Nelnet,   121 South 13th Street,   Lincoln, NE 68508-1904
                                                                                  TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2016 at the address(es) listed below:
              Ariane Holtschlag    on behalf of Creditor    FirstMerit Bank N.A. aholtschlag@wfactorlaw.com,
               bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
              James T Magee    on behalf of Debtor 1 John T. Costello, Jr. bankruptcy@mageenegele.com
              John R. Ruddy    on behalf of Creditor    Consumers Credit Union hijak46@yahoo.com,
               ruddy8938@comcast.net
              Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com, IL55@ecfcbis.com
              Megan G Heeg    on behalf of Accountant Justin  Van Zuiden heeg@egblc.com, IL55@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Sara E Lorber    on behalf of Creditor    FirstMerit Bank N.A. slorber@wfactorlaw.com,
               slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
                                                                                             TOTAL: 8