**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

In re: COSTELLO, JOHN T., JR.    § Case No. 15-80623
                                 §
                                 §
                                 §
Debtor(s)                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $134,331.00              Assets Exempt: $127,242.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $18,615.43    Claims Discharged
                                               Without Payment: $211,103.02

Total Expenses of Administration: $7,774.96

---

3) Total gross receipts of $   26,390.39   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $26,390.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,774.96 | 7,774.96 | 7,774.96 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 230,616.93 | 224,915.45 | 224,915.45 | 18,615.43 |
| **TOTAL DISBURSEMENTS** | $230,616.93 | $232,690.41 | $232,690.41 | $26,390.39 |

    4) This case was originally filed under Chapter 7 on March 10, 2015. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/24/2016     By: /s/MEGAN G. HEEG
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposits of Money (Chase Bank Checking) (Joint W | 1129-000 | 660.74 |
| Retirement Annuity (Edward Jones) | 1129-000 | 16,726.31 |
| IRA (Edward Jones) or profit sharing plans. Give | 1129-000 | 6,511.66 |
| BANK ACCOUNTS | 1229-000 | 1,079.68 |
| TAX REFUNDS | 1224-000 | 1,412.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,390.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 3,389.04 | 3,389.04 | 3,389.04 |
| MEGAN G. HEEG | 2200-000 | N/A | 20.56 | 20.56 | 20.56 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 15.75 | 15.75 | 15.75 |
| Justin Van Zuiden, CPA | 3410-000 | N/A | 938.00 | 938.00 | 938.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.63 | 13.63 | 13.63 |
| Rabobank, N.A. | 2600-000 | N/A | 25.63 | 25.63 | 25.63 |
| Rabobank, N.A. | 2600-000 | N/A | 26.57 | 26.57 | 26.57 |
| Rabobank, N.A. | 2600-000 | N/A | 36.60 | 36.60 | 36.60 |
| Rabobank, N.A. | 2600-000 | N/A | 40.33 | 40.33 | 40.33 |
| United States Treasury | 2820-000 | N/A | 896.00 | 896.00 | 896.00 |
| Rabobank, N.A. | 2600-000 | N/A | 37.66 | 37.66 | 37.66 |
| Rabobank, N.A. | 2600-000 | N/A | 35.19 | 35.19 | 35.19 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $7,774.96 | $7,774.96 | $7,774.96 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Education | 7100-000 | 71,273.00 | 77,958.06 | 77,958.06 | 6,452.31 |
| 2 | Synchrony Bank | 7100-000 | N/A | 1,917.00 | 1,917.00 | 158.66 |
| 3 | First Merit Bank, N.A. | 7100-000 | 154,540.93 | 145,040.39 | 145,040.39 | 12,004.46 |
| NOTFILED | Chase Card | 7100-000 | 4,791.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Svcs LLC | 7100-000 | 12.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$230,616.93** | **$224,915.45** | **$224,915.45** | **$18,615.43** |

UST Form 101-7-TDR (10/1/2010)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-80623  
**Case Name:** COSTELLO, JOHN T., JR.

**Period Ending:** 03/24/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/10/15 (f)  
**§341(a) Meeting Date:** 04/09/15  
**Claims Bar Date:** 09/08/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand  Imported from original petition Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 2  Deposits of Money (Chase Bank Checking) (Joint W  Imported from original petition Doc# 11 (joint acct - assume 1/2 is debtors, therefore deducted 1/2 as jt acct holders) | 100.00 | 660.74 | | 660.74 | FA |
| 3  Deposits of Money (Chase Bank Savings)  Imported from original petition Doc# 11 | 10.00 | 10.00 | | 0.00 | FA |
| 4  Deposits of Money (ConsumersCreditUnion Savings)  Imported from original petition Doc# 11 | 850.00 | 0.00 | | 0.00 | FA |
| 5  Couch, Television, Livingroom Furniture and Kitc  Imported from original petition Doc# 11 | 360.00 | 0.00 | | 0.00 | FA |
| 6  Books and Pictures  Imported from original petition Doc# 11 | 175.00 | 0.00 | | 0.00 | FA |
| 7  Wearing Apparel  Imported from original petition Doc# 11 | 500.00 | 0.00 | | 0.00 | FA |
| 8  Jewelry  Imported from original petition Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 9  Firearms and sports, photographic, and other Two  Imported from original petition Doc# 11 | 500.00 | 0.00 | | 0.00 | FA |
| 10  Fitness and Exercise Equipment  Imported from original petition Doc# 11 | 150.00 | 0.00 | | 0.00 | FA |
| 11  Camera and Home Computer  Imported from original petition Doc# 11 | 200.00 | 0.00 | | 0.00 | FA |
| 12  Retirement Annuity (Edward Jones)  Imported from original petition Doc# 11 | 19,078.00 | 16,078.00 | | 16,726.31 | FA |
| 13  IRA (Edward Jones) or profit sharing plans. Give  Imported from original petition Doc# 11 | 6,956.00 | 0.00 | | 6,511.66 | FA |
| 14  Fiore & Sons Inc. 401(k) Plan  Imported from original petition Doc# 11 | 27,275.00 | 0.00 | | 0.00 | FA |
| 15  401(k) Plan (Securian)  Imported from original petition Doc# 11 | 85,611.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-80623  
**Case Name:** COSTELLO, JOHN T., JR.

**Period Ending:** 03/24/16

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 03/10/15 (f)  
**§341(a) Meeting Date:** 04/09/15  
**Claims Bar Date:** 09/08/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | 2011 Nissan Frontier (63,000 miles)<br>Imported from original petition Doc# 11 | 14,000.00 | 0.00 | | 0.00 | FA |
| 17 | 2004 Harley Davidson Road King (48,000 miles) (r<br>Imported from original petition Doc# 11 | 4,000.00 | 0.00 | | 0.00 | FA |
| 18 | Misc. Tools and Band Equipment (2 amps; 2 guitar<br>Imported from original petition Doc# 11 | 500.00 | 0.00 | | 0.00 | FA |
| 19 | BANK ACCOUNTS  (u)<br>Case checking acct xxx8632 | 0.00 | 1,079.68 | | 1,079.68 | FA |
| 20 | TAX REFUNDS  (u) | 0.00 | 1,412.00 | | 1,412.00 | FA |
| 20 | **Assets    Totals** (Excluding unknown values) | **$160,465.00** | **$19,240.42** | | **$26,390.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     April 30, 2016          **Current Projected Date Of Final Report (TFR):**     December 22, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-80623  
**Case Name:** COSTELLO, JOHN T., JR.  
**Taxpayer ID #:** **-***7735  
**Period Ending:** 03/24/16  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/11/15 | {12} | Edward Jones | annuity | 1129-000 | 16,726.31 | | 16,726.31 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.63 | 16,712.68 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.63 | 16,687.05 |
| 07/24/15 | {20} | John Costello Jr. | 2014 state tax refund | 1224-000 | 1,183.00 | | 17,870.05 |
| 07/24/15 | {20} | John Costello | 2014 state tax refund | 1224-000 | 229.00 | | 18,099.05 |
| 07/24/15 | | Edward Jones | IRA | | 6,511.66 | | 24,610.71 |
| | {13} | | 7,235.17 | 1129-000 | | | 24,610.71 |
| | {13} | | tax withholding       -723.51 | 1129-000 | | | 24,610.71 |
| 07/27/15 | | John Costello | Chase accounts (asset 2 and 19) | | 1,740.42 | | 26,351.13 |
| | {19} | | 1,079.68 | 1229-000 | | | 26,351.13 |
| | {2} | | 660.74 | 1129-000 | | | 26,351.13 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.57 | 26,324.56 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.60 | 26,287.96 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.33 | 26,247.63 |
| 10/21/15 | 101 | United States Treasury | taxes | 2820-000 | | 896.00 | 25,351.63 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.66 | 25,313.97 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.19 | 25,278.78 |
| 02/22/16 | 102 | Justin Van Zuiden, CPA | Dividend paid 100.00% on $938.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 938.00 | 24,340.78 |
| 02/22/16 | 103 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $2,300.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,300.00 | 22,040.78 |
| 02/22/16 | 104 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $15.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 15.75 | 22,025.03 |
| 02/22/16 | 105 | U.S. Department of Education | Dividend paid 8.27% on $77,958.06; Claim# 1; Filed: $77,958.06; Reference: 6192 | 7100-000 | | 6,452.31 | 15,572.72 |
| 02/22/16 | 106 | Synchrony Bank | Dividend paid 8.27% on $1,917.00; Claim# 2; Filed: $1,917.00; Reference: | 7100-000 | | 158.66 | 15,414.06 |
| 02/22/16 | 107 | First Merit Bank, N.A. | Dividend paid 8.27% on $145,040.39; Claim# 3; Filed: $145,040.39; Reference: 1251 | 7100-000 | | 12,004.46 | 3,409.60 |
| 02/22/16 | 108 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,409.60 | 0.00 |
| | | | Dividend paid 100.00%       3,389.04 on $3,389.04; Claim# ; Filed: $3,389.04 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       20.56 on $20.56; Claim# ; | 2200-000 | | | 0.00 |

Subtotals :   $26,390.39   $26,390.39

{} Asset reference(s)   Printed: 03/24/2016 03:30 PM   V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 15-80623 | **Trustee:** MEGAN G. HEEG (330490) |
| **Case Name:** COSTELLO, JOHN T., JR. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***7735 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 03/24/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $20.56 | | | | |
| | | | **ACCOUNT TOTALS** | | 26,390.39 | 26,390.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,390.39 | 26,390.39 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,390.39** | **$26,390.39** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **Checking # ******1166** | | 26,390.39 | 26,390.39 | 0.00 |
| | | **$26,390.39** | **$26,390.39** | **$0.00** |

{} Asset reference(s)                                                        Printed: 03/24/2016 03:30 PM    V.13.25